IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JAQUEZ,

      Plaintiff,                    No. CIV S-07-0459 FCD KJM P

  vs.

R. JOHNSON, et al.,

      Defendants.          <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983 and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Accordingly, the request to proceed in forma pauperis will be granted.

        Plaintiff is required to pay the statutory filing fee of $350.00 for this action.  28 U.S.C. §§ 1914(a), 1915(b)(1).  Plaintiff has been without funds for six months and is currently without funds.  Accordingly, the court will not assess an initial partial filing fee.  28 U.S.C. § 1915(b)(1).  Plaintiff is obligated to make monthly payments of twenty percent of the preceding month's income credited to plaintiff's prison trust account.  These payments shall be

1 collected and forwarded by the appropriate agency to the Clerk of the Court each time the
2 amount in plaintiff's account exceeds $10.00, until the filing fee is paid in full.  28 U.S.C.
3 § 1915(b)(2).
4       Plaintiff's complaint states cognizable Eighth Amendment claims pursuant to 42
5 U.S.C. § 1983 and 28 U.S.C. § 1915A(b) against defendants Johnson, Minnick and Sader.  If the
6 allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the
7 merits of this action.
8       The court notes that on March 23, 2007, plaintiff asked for leave to amend and
9 that this action be stayed.  On April 12, 2007, plaintiff asked that his March 23, 2007 request be
10 withdrawn.  Good cause appearing, plaintiff's most recent request will be granted.
11       In accordance with the above, IT IS HEREBY ORDERED that:
12       1.  Plaintiff's request for leave to proceed in forma pauperis is granted.
13       2.  Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action.
14 The fee shall be collected and paid in accordance with this court's order to the Director of the
15 California Department of Corrections and Rehabilitation filed concurrently herewith.
16       3.  Service is appropriate for the following defendants:  Johnson, Minnick and
17 Sader.
18       4.  The Clerk of the Court shall send plaintiff three USM-285 forms, one
19 summons, an instruction sheet and a copy of the complaint filed March 9, 2007.
20       5.  Within thirty days from the date of this order, plaintiff shall complete the
21 attached Notice of Submission of Documents and submit the following documents to the court:
22       a.  The completed Notice of Submission of Documents;
23       b.  One completed summons;
24       c.  One completed USM-285 form for each defendant listed in number 3
25       above; and
26       d.  Four copies of the endorsed complaint filed March 9, 2007.

6. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

7. Plaintiff's April 12, 2007 request to withdraw his March 23, 2007 motion for leave to amend and for a stay is granted.

DATED: June 5, 2007.

_____
U.S. MAGISTRATE JUDGE

---

1
jaqu0459.14(3.9.07)

|   |   |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY JAQUEZ,

      Plaintiff,                                          No. CIV S-07-0459 FCD KJM P

    vs.

R. JOHNSON, et al.,                         <u>NOTICE OF SUBMISSION</u>

      Defendants.                                <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

           ____      completed summons form

           ____      completed USM-285 forms

           ____      copies of the _____
                                              Complaint

DATED:

                                                    _____
                                                    Plaintiff