1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

SACRAMENTO DIVISION

11

12    **RANDY JAQUEZ,**                          Case Number:  2:07-CV-0459 FCD KJM P

13                                 Plaintiff,     **ORDER**
                                                  **GRANTING DEFENDANTS'**
14              **v.**                            **AMENDED REQUEST FOR AN**
                                                  **EXTENSION OF TIME TO FILE A**
15    **R. JOHNSON, et al.,**                     **RESPONSIVE PLEADING**

16                                 Defendants.

17

18          The amended request for an extension of time to file a responsive pleading filed by

19    defendants Sader and Johnson in this matter was considered by this Court, and good cause

20    appearing,

21          IT IS ORDERED that Defendants have up to and including October 11, 2007, to file a

22    responsive pleading.

23    DATED:  September 20, 2007.

24

25

26                                                _____
                                                  U.S. MAGISTRATE JUDGE
27

28

Order

1