# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

RANDY JAQUEZ,

    Plaintiff,

v.

R. JOHNSON, *et al*.,

    Defendants.

Case No. 2:07-cv-0459-LDG (PC)

**ORDER**

Plaintiff is a state prisoner without counsel prosecuting a civil rights action. *See* 42 U.S.C. § 1983. Plaintiff filed a request that defendant P. Minnick be served by the United States Marshal (Docket #18). Previously, the Court ordered Plaintiff to return a completed USM-285 form for each defendant (Docket #7). Plaintiff did so (Docket #10). The Court ordered the United States Marshal to serve process (Docket #11), and the United States Marshal attempted service pursuant to the information provided by Plaintiff (Docket ##16, 21). The United States Marshal attempted to personally serve Minnick, but could not locate him. In his request to have the United States Marshal service Minnick, Plaintiff has not submitted any additional information indicating a location where Minnick can be served. Accordingly,

THE COURT **ORDERS** that Plaintiff's Request for Service (Docket #18) is DENIED.

DATED this ____ day of September, 2010.

_____
Lloyd D. George
United States District Judge