IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RANDY JAQUEZ,** | Case No. 2:07-CV-00459-LDG |
| Plaintiff, | **ORDER** |
| v. | |
| **R. JOHNSON, et al.,** | |
| Defendants. | |

Defendants' request to conduct Plaintiff Randy Jaquez's deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available

Dated: 14 Oct 2010

_____
Honorable Lloyd D. George

1

[Proposed] Order (Case No.: 2:07-CV-00459-LDG)