1  RANDY JAQUEZ E17770
2  P.O. BOX 5103  K.V.S.P.
   DELANO, CAL. 93216

8  IN THE UNITED STATES DISTRICT COURT
9  FOR THE EASTERN DISTRICT OF CALIFORNIA

12 RANDY JAQUEZ                CN. # 2:07-CV-0459-LDG
13          PLAINTIFF           APPLICATION FOR AN
                                EXTENSION OF TIME TO
14     VS.                      OPPOSE SUMMARY
15 R. JOHNSON ET AL.,           JUDGEMENT, MOTION.
16          DEFENDANTS.

18     I RANDY JAQUEZ A PRISONER PROCEED-
19 ING PRO PER  REQUEST AN EXTENSION OF
20 TIME  PURUANT TO RULE 6 OF THE FEDERAL
21 RULES OF CIVIL PROCEDURE.
22     DUE TO THE FOLLOWING REASON'S
23     A.) LAW LIBRARY IS OPEN TWO DAY'S
24 OF THE WEEK  AND IF YOU HAVE PLU STAT-
25 US YOU MAY GET 1½ HOUR'S A WEEK.
26     B.) WE ARE ALWAY'S ON FAKE LOCK-DO-
27 WN'S AND CANNOT TAKE IN THE WEEKLY
28
                     One

1 | ALLOTMENT OF LIBRARY TIME.
2 | C.) THE LIBRARY HAS NO MANILLA
3 | ENVELOPE'S SO AS TO MAIL LEGAL WORK OUT.
4 | PLAINTIFF REQUEST THIRTY DAY'S TO
5 | MAIL SUMMARY OPPOSITION FROM THIS
6 | 6-12-11, TO 7-12-11 IN WHICH TO FILE MY
7 | OPPOSITION PAPERS.
8 | EXECUTED ON:
9 | DATE 6-12-2011       Randy Jaquez

RANDY JAQUEZ E17770
C2-106  P.O. BOX 5103
K.V.S.P DELANO, CAL.
93216

ORDER

IT IS SO ORDERED.

DATED this 21 day of June, 2011.

_____
Lloyd D. George
Sr. U.S. District Judge

TWO