# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

RANDY JAQUEZ,

    Plaintiff,

v.

R. JOHNSON, *et al*.,

    Defendants.

Case No. 2:07-cv-0459-LDG (PC)

**ORDER**

    The plaintiff, Randy Jaquez, moves to vacate (#55) this Court's judgment denying his claims as barred by the statute of limitations. As the motion and Jaquez's supporting argument are without merit,

    THE COURT **ORDERS** that plaintiff's Motion to Vacate Judgment (#55) is DENIED.

DATED this 13 day of July, 2012.

_____
Lloyd D. George
United States District Judge